**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-625

SUCCESSION OF BEULAH B. WADDELL TANNER

VERSUS

ROBERT H. TANNER, JR.

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 32,957
HONORABLE HARRY FRED RANDOW, DISTRICT COURT JUDGE

\*\*\*\*\*\*\*\*\*\*
**ULYSSES GENE THIBODEAUX
JUDGE**
\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Ronald J. Fiorenza
PROVOSTY, SADLER & deLAUNAY, FIORENZA & SOBEL
P. O. Drawer 1791
Alexandria, LA 71309-1791
Telephone: (318) 445-3631
COUNSEL FOR:
     Appellant - Louis C. Waddell, Jr.**

**William Deryl Medlin
McMichael, Medlin & Seir
P. O. Drawer 72
Shreveport, LA 71161-0072
Telephone: (318) 221-1004
COUNSEL FOR:
     Appellee - Robert H. Tanner, Jr.**

**Charles Stovall Weems III**
**Gold, Weems, Bruser, Sues & Rundell**
**P. O. Box 6118**
**Alexandria, LA 71307-6118**
**Telephone:  (318) 445-6471**
**COUNSEL FOR:**
      **Appellee - Robert H. Tanner, Jr.**